## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | May 29, 2007 |
| NAME OF SERVER (PRINT) Irene D. Rodriguez | TITLE Certified Para-Legal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service made pursuant to FRCP 4(i)(1)(A) by registered or certified mail, return receipt attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 2, 2007          /s/ Irene D. Rodriguez
             Date                  Signature of Server

7924 Peyton Forest Trail
Annandale, VA 22003-1540
Address of Server
(703) 573-1571

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk office of the
   Assistant Attorney General for Administration,
   Office of the Attorney General of the
   United States Department of Justice
   950 Pennsylvania Avenue, N.W.
   Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature: Earnest L Parker]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAY 29 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0001 6587 8622

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

(1) As to who may serve a summons...