A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ISIDORO RODRIGUEZ,

       Plaintiff(s)

vs.

LEGAL TIMES, et al.

       Defendant(s)

**APPEARANCE**

CASE NUMBER   07cv00975   PLF

To the Clerk of this court and all parties of record:

Please enter the appearance of __Catherine Crooks Hill__ as counsel in this
(Attorney's Name)

case for: __See attached list (Virginia Defendants)__
(Name of party or parties)

__June 5, 2007__
Date

Catherine Crooks Hill
BAR IDENTIFICATION
Government Attorney

__[signature]__
Signature

Catherine Crooks Hill
Print Name

900 East Main Street
Address

Richmond, VA 23219
City      State      Zip Code

(804) 786-8199
Phone Number

Supreme Court of Virginia,

Court of Appeals of Virginia,

Honorable Leroy Rountree Hassell, Sr.

Karen Ann Gould, Esquire

Ms. Noel D. Sengel

James Leroy Banks, Jr., Esquire

William Carlyle Boyce, Jr., Esquire

William Ethan Glover, Esquire

Glenn M. Hodge, Esquire

Mr. Stephen A. Wannall

Davis J. Gogal, Esquire

Daniel M. Rathbun, Esquire

Edward V. O'Connor, Jr., Esquire

Mr. John W. di Zerega

Office of the Attorney General for the
    Commonwealth of Virginia

Catherine Crooks Hill, Esquire

The Fairfax County Circuit Court

The Fairfax County Juvenile and Domestic
    Relations District Court

Judge Thomas Mann