# UNITED STATES DISTRICT COURT
## District of Columbia

ISIDORO RODRIGUEZ,

**SUMMONS IN A CIVIL CASE**

V.

LEGAL TIMES, et al.,

CASE NUMBER: **07-0975**

TO: (Name and address of Defendant)

Civil Process Clerk
Office of the U.S. Attorneys for the District of Columbia
555 Fourth Street, NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Isidoro Rodriguez
7924 Peyton Forest Trail
Annandale, VA 22003-1560
(703)573-1571

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                              DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | May 29, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Irene D. Rodriguez | Certified Para-Legal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): service made pursuant to FRCP 4(i)(1)(A) by registered or certified mail, return receipt attached

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 2, 2007         /s/ Irene D. Rodriguez
              Date                 Signature of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   Office of United States Attorney
   for the District of Columbia
   555 Fourth Street, NW, Room 10-413
   Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  MAY 29 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7003 3110 0001 6587 8615

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

(1) As to who may serve...