UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          :
ISIDORO RODRIGUEZ, ESQ.                   :
                                          :
                         Plaintiff,       : CASE NO. 07-CV-0975-PLF
                                          :
            v.                            :
                                          : (ORAL ARGUMENT REQUESTED)
LEGAL TIMES, *et al.*,                    :
                                          :
                         Defendants.      :
_____:

## MOTION FOR TO DISQUALIFY
## ASSISTANT COMMONWEALTH ATTORNEY CATHERINE CROOKS HILL

Plaintiff Isidoro Rodriguez, Esq. ("Rodriguez-father"), respectfully move this court to disqualify Assistant Commonwealth Attorney Catherine Crooks Hill ("Ms. Hill") from acting as counsel in this action for Defendants Supreme Court of Virginia, Virginia State Bar, Court of Appeals of Virginia, Fairfax County Circuit Court, Fairfax County J&D District Court, Office of Attorney General of the Commonwealth of Virginia, James Leroy Banks, Esq. etc. As set forth in the memorandum in support of this motion, not only is their a conflict of interest since Ms. Hill is herself a Defendant, but too in Docket No. 03-0120, and in her recent response in opposition to the Motion for TRO/Injunction Ms. Hill has committed "fraud upon the court" by repeatedly making material misrepresentations of fact and law in violation of Virginia Rules of Professional Conduct, Rule 4.1.

As required by Local Rule 7.1(m), Rodriguez-father did telephone Ms. Hill's office to confer with her, but upon her message system advising that she would be out of the office until Friday, June 8, 2007, left a message giving notice of the instant motion.

It is assumed that Ms. Hill will oppose the instant motion.

WHEREFORE, Rodriguez-father respectfully requests that his Motion to Disqualify Assistant Commonwealth Attorney Catherine Crooks Hill, as Counsel for Virginia Defendants be granted.

*Isidoro Rodriguez, Esq. v. Legal Times et al.,*
Docket No. 07-0975-PLF

A certification of service is attached to this Motion confirming notice to defendants by Rodriguez-father in compliance with Local Rules 65.1.

DATED this 7th day of June 2007.

Respectfully submitted,

_____
/s/Isidoro Rodriguez, Esq.

THE LAW OFFICES OF ISIDORO RODRIGUEZ
ATTORNEYS AND COUNSELORS AT LAW

| <u>United States Office:</u> | <u>South American Office:</u> |
|---|---|
| 2304 Farrington Avenue | World Trade Center-Barranquilla |
| Alexandria, Virginia 22303-1520 | Calle 76 No. 54-11, Office 313 |
| Telephones: 703.317.0526; Fax: 703.960.0225 | Barranquilla, Colombia, SA |
| Cell: 703.470.1457 | Telephone: 011.5753.605288 |
| Email: isidoror@earthlink.net | |

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                            :
ISIDORO RODRIGUEZ, ESQ.                     :
                                            :
                    Plaintiff,              : CASE NO. 07-CV-0975-PLF
                                            :
        v.                                  :
                                            : (ORAL ARGUMENT REQUESTED)
LEGAL TIMES, *et al.*,                      :
                                            :
                    Defendants.             :
_____:

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISQUALIFY ASSISTANT COMMONWEALTH ATTORNEY CATHERINE CROOKS HILL

Plaintiff Isidoro Rodriguez, Esq. ("Rodriguez-father"), to disqualify Assistant Commonwealth Attorney Catherine Crooks Hill ("Ms. Hill") respectfully sets forth the following:

First, Virginia Rules of Professional Conduct, Rule 4.1 states that, "[i]n the course of representing a client a lawyer shall not knowingly: (a) Make a false statement of fact or law; or (b) fail to disclose a fact when disclosure is necessary to avoid assisting a criminal or fraudulent act by a client. *See also* DR 7-102(A)(5) and DR 7-102(A)(3); Rule 1.6 and 3.3(a)(4) (Emphasis added).

In violation of this mandate, as well as 18 U.S.C. § 1001, Ms. Hill, as well as the Office of the Attorney General of the Commonwealth of Virginia in their brief in response to Motion for a TRO and Injunction have committed "fraud upon the court" by repeatedly making material misrepresentations of fact and law in violation of Virginia Rules of Professional Conduct, Rule 4.1, of the bases of the action in Docket No. 03-120 (the action was filed against government entities to compel the securing of visitation and for compensatory damages for illegal polices and practice-it was neither filed to seek custody nor was Rodriguez-father former wife, Ms. Amalin Hazbun a defendant), by falsely stating that all of the previous action dismissed without prejudiced, had been dismissed on the merits with prejudice, and as an officer of the court, Ms. Hill committed a "fraud upon the court"

*Isidoro Rodriguez, Esq. v. Legal Times et al.,*
Docket No. 07-0975-PLF

by her failure to inform the Supreme Court of Virginia that the Virginia State Bar was acting without any judicial authority or jurisdiction, and was not a "court," therefore they could not issue a valid order revoking Rodriguez-father's license .

Furthermore, Ms. Hill committed a "fraud upon the court" by continuing to participate in violation of 18 U.S.C. § 4, § 241, and § 242, by assisting the on going criminal acts of Defendants design to injure and stigmatize Rodriguez-father by not addressing the underlying challenge to the *void* and illegal order of the Virginia State Bar, and committed a "fraud upon the court" by obfuscating the on going violation of Article VI § 1 and § 5 of the Constitution of Virginia, and Va. Code.

Additionally, Ms. Hill committed a "fraud upon the court" by not addressing the merits of the motion, but instead use legal sophistry to allude to Rodriguez-father's past litigations as dismissed on the merits with prejudice, when in fact they were wither dismissed without prejudice, or stayed.

Finally, Ms. Hill committed a "fraud upon the court" by surreally falsely stating that the previous litigation was not against Rodriguez-father's former wife for custody, when the record shows that all of the actions were against various government entities to compel them to secure Rodriguez-father's fundamental parental rights, right to visitation rights, and for damages for obstruction of said right in violation of a Joint Custody Agreement, Treaty, and Va. Code.

Second, Ms. Hill is a Defendant in this action, and based on her filing is still actively involved in the on going conspiracy to injure, stigmatize and punish Rodriguez-father for seeking to exercise his statutory rights in violation of 18 U.S.C. § 241 and § 242. Thus there is a clear conflict of interest, and a motive for Ms. Hill to obstruct justice and continue to commit "fraud upon the court."

WHEREFORE, Rodriguez-father respectfully requests that his Motion to Disqualify Assistant

*Isidoro Rodriguez, Esq. v. Legal Times et al.,*
Docket No. 07-0975-PLF

Commonwealth Attorney Catherine Crooks Hill, as Counsel for Virginia Defendants be granted.

Respectfully submitted,

_____
/s/Isidoro Rodriguez, Esq.

THE LAW OFFICES OF ISIDORO RODRIGUEZ
ATTORNEYS AND COUNSELORS AT LAW

*United States Office:*
2304 Farrington Avenue
Alexandria, Virginia 22303-1520
Telephones: 703.317.0526; Fax: 703.960.0225
Cell: 703.470.1457
Email: isidoror@earthlink.net

*South American Office:*
World Trade Center-Barranquilla
Calle 76 No. 54-11, Office 313
Barranquilla, Colombia, SA
Telephone: 011.5753.605288

*Isidoro Rodriguez, Esq. v. Legal Times et al.,*
Docket No. 07-0975-PLF

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies a copy of the Motion to Disqualify with Memorandum of Law, and Order, were sent on June 7, 2007, to opposing counsels by ECF system and U.S. mail, postage fully prepaid, to:

| | |
|---|---|
| Editor in Chief<br>*Legal Times*<br>1730 M Street, N.W.<br>Washington, D.C. 20036 | Office of Attorney General<br>for the Commonwealth of VA<br>900 East Main Street<br>Richmond, Virginia 23219 |
| Editor in Chief<br>The Washington Post<br>1150 15th Street, N.W.<br>Washington, D.C. 20036 | Committee on Admissions<br>District of Columbia Court of Appeals<br>500 Indiana Avenue, N.W.–Room 43200<br>Washington, D.C. 20001 |

Respectfully submitted,

_____
/s/Isidoro Rodriguez, Esq. (VSB #21573)

THE LAW OFFICES OF ISIDORO RODRIGUEZ
ATTORNEYS AND COUNSELORS AT LAW

| | |
|---|---|
| *Northern Virginia Office:*<br>7924 Peyton Forest Trail<br>Annandale, Virginia 22003<br>Telephone: 571.423.5066/telefax: 703.573.1571<br>Mobil: 703.470.1457<br>Email: isidoror@earthlink.net | *South American Office:*<br>World Trade Center<br>Calle 76 No. 54-11, Office 313<br>Barranquilla, Colombia<br>Telephone: 011.5753.605288<br>Telefax: 011.575.348001 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
ISIDORO RODRIGUEZ, ESQ. :
:
                Plaintiff, : CASE NO. 07-CV-0975-PLF
:
     v. :
:
LEGAL TIMES, *et al.*, :
:
                Defendants. :
_____:

### ORDER (PROPOSED)

Based on the Plaintiff Isidoro Rodriguez, Esq's ("Rodriguez-father"), complaint and motion to Disqualify Assistant Commonwealth Attorney Catherine Crooks Hill, as Counsel for Virginia Defendants, and supporting memorandum thereof, the court finds sufficient grounds to grant the motion.

    Dated this ____ day of June, 2007.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE