AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ISIDORO RODRIGUEZ,

**SUMMONS IN A CIVIL CASE**

V.

LEGAL TIMES, et al.,

CASE NUMBER: **7-0975**

TO: (Name and address of Defendant)

Hon. Judge John G. Roberts, individually and
in his capacity as former Associate Justice USCA for DC
Cir., as Circuit Justice for DC and 4th Cir., and as
Chief Justice of the United States Supreme Court
1 First Street, N.E.
Washington, D.C. 20543

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ISIDORO RODRIGUEZ
7924 Peyton Forest Trail
Annandale, Virginia 22003-1560
Telephone: 572.423.5066

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | June 7, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Irene Rodriguez | Certified Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Service by U.S. Certified Mail on government official acting in official capacity, in accordance with FRCP 4(i)(2)(A).

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 8, 2007         /s/Irene Rodriguez
              Date                  Signature of Server

                                    7924 Peyton Forest Trail
                                    Annandale, VA 22003-1560

                                    Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

WASHINGTON DC 20543
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $4.60 | 0120 |
| Certified Fee | | $2.65 | 05 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $7.25 | 06/04/2007 |

7003 3110 0001 6587 8653

ANNANDALE VA 220 JUN 2007 USPS

Sent To: Hon. Judge John G. Roberts
Street, Apt. No.; or PO Box No.: Chief Justice of the United States Supreme Court
                                  1 First Street, N.E.
City, State, ZIP+4: Washington, D.C. 20543

PS Form 3800, June 2002                              See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the



Home

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 3110 0001 6587 8653**
Detailed Results:

- Delivered, June 07, 2007, 7:31 am, WASHINGTON, DC 20543
- Arrival at Unit, June 07, 2007, 2:46 am, WASHINGTON, DC 20022
- Acceptance, June 04, 2007, 12:15 pm, ANNANDALE, VA 22003

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy