# UNITED STATES DISTRICT COURT
## District of Columbia

ISIDORO RODRIGUEZ,

**SUMMONS IN A CIVIL CASE**

V.

LEGAL TIMES, et al.,

CASE NUMBER: 7-0975

TO: (Name and address of Defendant)

Hon. Judge Richard W. Roberts
U.S. District Court for the District of Columbia
E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N..W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Isidoro Rodriguez
7924 Peyton Forest Trail
Annandale, VA 22003-1560
(703)573-1571

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                         DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾  
DATE: June 5, 2007

NAME OF SERVER (PRINT): Irene Rodriguez  
TITLE: Certified Paralegal

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on government officer acting in official capacity, made by U.S. Certified mail, No. 7003 3110 0001 6587 8363, pursuant to FRCP 4(i)(2)(A).

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 8, 2007  
/s/ Irene Rodriguez  
Signature of Server  
7924 Peyton Forest Trail  
Annandale, VA 22003-1560

---

**U.S. Postal Service™**  
**CERTIFIED MAIL™ RECEIPT**  
(Domestic Mail Only; No Insurance Coverage Provided)  
For delivery information visit our website at www.usps.com®

WASHINGTON DC 20001   OFFICIAL USE

| | |
|---|---|
| Postage $ | $4.60  0120 |
| Certified Fee | $2.65 |
| Return Reciept Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | $7.25  06/04/2007 |

7003 3110 0001 6587 8363

Sent To: Hon. Judge Richard W. Roberts  
U.S. District Court for D.C.  
Street, Apt. No.; or PO Box No.: E. Barrett Prettyman  
United States Courthouse  
City, State, ZIP+4: 333 Constitution Avenue, N..W.  
Washington, D.C. 20001

(1) As to who may serve a summons see Rule 4 of



Hom

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 3110 0001 6587 8363**
Detailed Results:

- **Delivered, June 05, 2007, 12:50 pm, WASHINGTON, DC 20001**
- **Arrival at Unit, June 05, 2007, 11:05 am, WASHINGTON, DC 20001**
- **Acceptance, June 04, 2007, 12:14 pm, ANNANDALE, VA 22003**

( < Back )                    ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS        site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy