# UNITED STATES DISTRICT COURT
## District of Columbia

Isidoror Rodriguez, Esq.

**SUMMONS IN A CIVIL CASE**

V.

Legal Times, et al.,

CASE NUMBER: 07-0975

TO: (Name and address of Defendant)

Office of the Director
Federal Bureau of Investigation
935 Pennsylvania Ave., NW
J. Edger Hoover Bldg.
Washington, D.C. 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Isidoro Rodrigeu, Esq.
Law Office of Isidoro Rodriguez
7924 Peyton Forest Trail
Annandale, Virginia 22003-1560

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                          DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | June 7, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Irene Rodriguez | Certified Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service by U.S Certified Mail No. 7006 0100 0005 5998 0992, in accordance with FRCP 4(i)(2)(A) upon government entity.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 8, 2007          /s/ Irene Rodriguez
                   Date                    Signature of Server

7924 Peyton Forest Trail
Annandale, VA 22003-1560
*Address of Server*

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20535
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $4.60   0120 |
| Certified Fee | | $2.65   05 |
| Return Receipt Fee (Endorsement Required) | | $0.00   Postmark Here   JUN 4 2007 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.25   06/04/2007 |

7006 0100 0005 5998 0992

Sent To: Office of the Director
          Federal Bureau of Investigation
Street, Apt. No.; or PO Box No.: 935 Pennsylvania Ave., N.W.
          J. Edgar Hoover Bldg
City, State, ZIP+4: Washington, DC 20535-0001

PS Form 3800, June 2002                    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Fed

**UNITED STATES POSTAL SERVICE®**

Home

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0005 5998 0992**
Detailed Results:

- Delivered, June 07, 2007, 3:14 am, WASHINGTON, DC 20535
- Arrival at Unit, June 07, 2007, 1:50 am, WASHINGTON, DC 20022
- Acceptance, June 04, 2007, 12:13 pm, ANNANDALE, VA 22003

( < Back )     ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

**UNITED STATES POSTAL SERVICE**

Home

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0005 5998 0992**
Detailed Results:

- Delivered, June 07, 2007, 3:14 am, WASHINGTON, DC 20535
- Arrival at Unit, June 07, 2007, 1:50 am, WASHINGTON, DC 20022
- Acceptance, June 04, 2007, 12:13 pm, ANNANDALE, VA 22003

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy