UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ISIDORO RODRIGUEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-975 PLF |
| | ) | |
| **LEGAL TIMES, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF ENTRY OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Alexander D. Shoaibi as counsel for Federal Defendants the Honorable John G. Roberts, the Honorable Jane A. Restani, the Honorable Paul R. Michel, the Honorable William H. Stafford, Jr., the Honorable T.S. Ellis,  United States Department of Justice, Office of the Solicitor of the United States, Attorney General Alberto Gonzales,  Paul McNulty, Office of the United States Attorney for the District of Columbia, Assistant U.S. Attorney Marina Utgoff Braswell, Director of United States Department of Justice Office of Justice Programs/Office of Juvenile Justice and Delinquency Prevention, Federal Bureau of Investigation, United States Department of State, Secretary of State Condoleezza Rice, Legal Advisor for Consular Affairs of United States Department of State, Director of Office of Children Issues Bureau of Consular Affairs of United States Department of State, Supreme Court of the United States, United States Court of Appeals for the District of Columbia Circuit, United States Court of Appeals for the 4th Circuit, United States District Court for the District of Columbia, and United States District Court for the

Eastern District of Virginia

        /s/
_____
ALEXANDER D. SHOAIBI D.C. Bar #423587
Assistant United States Attorney
555 4th St., N.W. Room E4218
Washington, D.C.  20530
202-514-7236