IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISIDORO RODRIGUEZ,**<br><br>　　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**EDITOR IN CHIEF, LEGAL TIMES,**<br>**et al.,**<br><br>　　　　　　　**Defendants.** | Case No.   07-CV-00975 (PLF) |

## NOTICE OF APPEARANCE OF COUNSEL

　　　To the Clerk of this court and all parties of record:

　　　Please enter my appearance as counsel in this case for defendant Editor in Chief, Legal Times.

Dated:   June 14, 2007　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.


　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Adam J. Rappaport
　　　　　　　　　　　　　　　　　　　　　　　　　 Adam J. Rappaport (D.C. Bar. No. 479866)
　　　　　　　　　　　　　　　　　　　　　　　1050 Seventeenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Suite 800
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20036
　　　　　　　　　　　　　　　　　　　　　　　(202) 508-1100

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant The Legal Times*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 14, 2007, I caused an electronic copy of the foregoing Notice of Appearance of Counsel to be served by the Court's Electronic Case Filing System upon all parties scheduled for electronic notice, and on plaintiff *pro se* by first-class mail, postage prepaid, at the following address:

        Isidoro Rodriguez
        7924 Peyton Forest Trail
        Annandale, VA  22003-1560


        /s/ Adam J. Rappaport
        Adam J. Rappaport