IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISIDORO RODRIGUEZ,**<br><br>     **Plaintiff,**<br><br>     v.<br><br>**EDITOR IN CHIEF, LEGAL TIMES,**<br>**et al.,**<br><br>     **Defendants.** | Case No.   07-CV-00975 (PLF) |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this court and all parties of record:

Please enter my appearance as lead counsel in this case for defendant Editor in Chief, Legal Times.

Dated:  June 14, 2007    Respectfully submitted,

            LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

            By: /s/ Gayle C. Sproul
              Gayle C. Sproul (D.C. Bar. No. 495965)
            1050 Seventeenth Street, N.W.
            Suite 800
            Washington, D.C.  20036
            (202) 508-1100

            *Counsel for Defendant The Legal Times*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 14, 2007, I caused an electronic copy of the foregoing Notice of Appearance of Counsel to be served by the Court's Electronic Case Filing System upon all parties scheduled for electronic notice, and on plaintiff *pro se* by first-class mail, postage prepaid, at the following address:

        Isidoro Rodriguez
        7924 Peyton Forest Trail
        Annandale, VA  22003-1560


        /s/ Adam J. Rappaport
        Adam J. Rappaport