# UNITED STATES DISTRICT COURT
## District of Columbia

ISIDORO RODRIGUEZ, ESQ.,

**SUMMONS IN A CIVIL CASE**

V.

LEGAL TIMES, et al.,

Case: 1:07-cv-00975
Assigned To : Roberts, Richard W.
Assign. Date : 5/25/2007
Description: TRO/Preliminary Injunction

TO: (Name and address of Defendant)

Committee on Admissions
District of Columbia Court of Appeals
500 Indiana Avenue, N.W.—Room 43200
Washington D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Isidoro Rodriguez, Esq.
Law Offices of Isidoro Rodriguez
7924 Peyton Forest Trail
Annandale, Virginia 22003-1560
(703)573-1571

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     MAY 25 2007

CLERK                                        DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  6/4/2007 @ 2:03 PM |
| NAME OF SERVER (PRINT)  Lorenzo Kenerson | TITLE  Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
Rodney Corbin, Authorized Representative of District of Columbia Court of Appeals, Committee on Admissions at 500 Indiana Avenue NW, Room 4200, Washington, DC 20001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/5/2007
                Date

Signature of Server

Address of Server:
Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016