# UNITED STATES DISTRICT COURT
## District of Columbia

ISIDORO RODRIGUEZ,

**SUMMONS IN A CIVIL CASE**

V.

LEGAL TIMES, et al.,

Case: 1:07-cv-00975
Assigned To : Roberts, Richard W.
Assign. Date : 5/25/2007
Description: TRO/Preliminary Injunction

TO: (Name and address of Defendant)

Editor In Chief, Legal Times
1730 M Street, N.W.
Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Isidoro Rodriguez
7924 Peyton Forest Trail
Annandale, VA 22003-1560
(703)573-1571

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

MAY 25 2007

CLERK

*Janette Stewart-Cureton* (signature)

DATE