# UNITED STATES DISTRICT COURT
## District of Columbia

ISIDORO RODRIGUEZ,

**SUMMONS IN A CIVIL CASE**

V.

LEGAL TIMES, et al.,

Case: 1:07-cv-00975
Assigned To : Roberts, Richard W.
Assign. Date : 5/25/2007
Description: TRO/Preliminary Injunction

TO: (Name and address of Defendant)

Editor in Chief
The Washington Post
1150 15th Street, N.W.
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ISIDORO RODRIGUEZ
7924 Peyton Forest Trail
Annandale, Virginia 22003-1560
Telephone: 572.423.5066

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAY 25 2007
CLERK                                       DATE

*[signature]*
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 6/4/2007 @ 12:40 PM |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Lorenzo Kenerson | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
   Eric Lieberman, Deputy Counsel of The Washington Post at 1150 15th Street NW, Washington, DC 20071

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/5/2007
              Date          Signature of Server

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.