AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ISIDORO RODRIGUEZ,

**SUMMONS IN A CIVIL CASE**

V.

LEGAL TIMES, et al.,

Case: 1:07-cv-00975
Assigned To : Roberts, Richard W.
Assign. Date : 5/25/2007
Description: TRO/Preliminary Injunction

TO: (Name and address of Defendant)

The Supreme Court of Virginia
100 North Ninth Street, Fifth Floor
Richmond, VA 23219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ISIDORO RODRIGUEZ
7924 Peyton Forest Trail
Annandale, Virginia 22003-1560
Telephone: 572.423.5066

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

**MAY 2 5 2007**

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4 June 2007 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)*  BENJAMIN G. HANSON JR | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Reade H. Young special assistant To the Attorney General of The Commonwealth of Virginia 900 E. Main St. Richmond VA 23219

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 80.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4 June 2007                    *Benjamin G. Hanson*
                 Date                            *Signature of Server*

**Washington Pre-Trial Services, Inc.**
**4626 Wisconsin Avenue NW #300**
        *Address of Server*        **Washington, DC 20016**



TELEPHONE: 804-225-3615
FAX: 804-371-0200
E-mail: ryoung@oag.state.va.us

READE H. YOUNG
SPECIAL ASST. TO DEPUTY ATTORNEY GENERAL &
ASST. TO SPECIAL COUNSEL TO THE ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL
900 EAST MAIN STREET
COMMONWEALTH OF VIRGINIA          RICHMOND, VIRGINIA 23219