AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ISIDORO RODRIGUEZ,

**SUMMONS IN A CIVIL CASE**

V.

LEGAL TIMES, et al.,

Case: 1:07-cv-00975
Assigned To : Roberts, Richard W.
Assign. Date : 5/25/2007
Description: TRO/Preliminary Injunction

TO: (Name and address of Defendant)

Editor In Chief, Legal Times
1730 M Street, N.W.
Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Isidoro Rodriguez
7924 Peyton Forest Trail
Annandale, VA 22003-1560
(703)573-1571

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

MAY 2 5 2007

CLERK

*Janette Stewart-Cureton*

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  6/4/2007 @ 12:03 PM |
| NAME OF SERVER *(PRINT)*  Lorenzo Kenerson | TITLE  Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Anne Pelhan, Publisher of Legal Times, at 1730 M Street NW #802, Washington, DC 20036

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/5/2007
            Date           Signature of Server

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.