UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ISIDORO RODRIGUEZ,                  )
                                    )
      Plaintiff,                   )
                                    )
  v.                                )   Civil Action No. 07-0975 (PLF)
                                    )
LEGAL TIMES, et al.,                )
                                    )
      Defendants.                  )
_____)


ORDER

      This matter is before the Court on plaintiff's motion for reconsideration of this Court's Memorandum Opinion and Order dated June 18, 2007. A motion to alter or amend judgment under Rule 59(e) is discretionary with the court and need not be granted unless the Court finds that there is "an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." Ciralski v. Central Intelligence Agency, 355 F.3d 661, 671 (D.C. Cir. 2004) (quoting Firestone v. Firestone, 76 F.3d 1205, 1208 (D.C. Cir. 1996)); see also Long v. Department of Justice, 479 F. Supp. 2d 23, 25 (D.D.C. 2007). Rule 59(e) motions to alter or amend judgment are "not to be used to relitigate matters already argued and disposed of; they are intended to permit the court to correct errors of fact appearing on the face of the record, or errors of law." Independent Petroleum Ass'n of America v. Babbitt, 178 F.R.D. 323, 324 (D.D.C. 1998); see Niedermeier v. Office of Max S. Baucus, 153 F. Supp. 2d 23, 28 (D.D.C. 2001) (Rule 59(e) motion may not be used to "relitigate old matters, or to raise new arguments or present evidence that could have been raised prior to

the entry of judgment."). Such motions are "disfavored and relief from judgment is granted only when the moving party establishes extraordinary circumstances." Id. Accordingly, it is hereby

ORDERED that plaintiff's motion for reconsideration [31] is DENIED. This is a final appealable order. See FED. R. APP. P. 4(a). It is

FURTHER ORDERED that plaintiff's motion to disqualify [32] is DENIED as moot, in light of this fact that this case is closed.

SO ORDERED.

\_\_\_\_\_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 25, 2007