UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
ISIDORO RODRIGUEZ, ESQ.                    :
:
                Plaintiff,  : CASE NO. 07-CV-0975 (PLF)
:
     v.                                         :
: (ORAL ARGUMENT REQUESTED)
LEGAL TIMES, *et al.*,                     :
:
               Defendants. :
_____ :

MOTION FOR A STAY OF ORDERS DATED JUNE 18, AND 26, 2007, AND
FOR AN INJUNCTION PENDING APPEAL

COMES NOW Isidoro Rodriguez, Esq. ("Rodriguez-father"), counsel of record to move the Court for a stay of its order of June 18, 2007, pursuant to Fed. R. Civ. P. 62(a), and injunction pending appeal based on the *void* order doctrine and the on going violations of 18 U.S.C. § 241 and § 242, which are causing irreparable injury, stigma and harm to Rodriguez-father and his family.

This motion is timely filed within ten (10) days of the dismissal of this action and

WHEREFORE, Rodriguez-father respectfully requests in the interest of justice a stay.

DATED this 27st day of June 2007.

                                                     Respectfully submitted,

                                                     _____/s/_____
                                                     Isidoro Rodriguez, Esq.

THE LAW OFFICES OF ISIDORO RODRIGUEZ
ATTORNEYS AND COUNSELORS AT LAW

| *United States Office:* | *South American Office:* |
|---|---|
| 2304 Farrington Avenue | World Trade Center-Barranquilla |
| Alexandria, Virginia 22303-1520 | Calle 76 No. 54-11, Office 313 |
| Telephones: 703.317.0526; Fax: 703.960.0225 | Barranquilla, Colombia, SA |
| Cell: 703.470.1457 | Telephone: 011.5753.605288 |
| Email: isidoror@earthlink.net | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
ISIDORO RODRIGUEZ, ESQ.                    :
                                           :
              Plaintiff,       : CASE NO. 07-CV-0975 (PLF)
                                           :
     v.                                    :
                               : (ORAL ARGUMENT REQUESTED)
LEGAL TIMES, *et al.,*                     :
                                           :
              Defendants.      :
_____:

MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A STAY OF ORDERS DATED
JUNE 18, AND 26, 2007, AND FOR AN INJUNCTION PENDING APPEAL

Comes now Isidoro Rodriguez, Esq. ("Rodriguez-father"), pursuant to Fed. R. Civ. Pro. Rule 62(a) and ( c ), to file this timely motion and memorandum of law in support of a stay and injunction pending appeal.

Argument

At the outset, based on a *void* proceeding and order the District Committee on Admissions has since July 17, 2005, conspired with the Virginia State Bar to block Rodriguez-father's admission, and employment in the District of Columbia.

In sum, in furtherance of a conspiracy with Defendants in the District of Columbia to injure Rodriguez-father, in violation of the Article VI § 1 and § 5 of Constitution of Virginia (only the General Assembly the power to create "courts," and prohibited the promulgation of court rules inconsistent with the Va. Code), the Supreme Court of Virginia used a the "kangaroo court" of the Virginia State Bar ("VSB"), to disregard the restrictions under Va. Code § 54-1-3910 (wherein the VSB was given authority only to investigate and prosecute); Va. Code § 54-1-3915 (court. rules cannot trump statutory right), and Va. Code § 54-1-3935 (only "courts" have authority to disbar or revoke the license of a Virginia attorney), so to revoke his license in retaliation for litigating to

enforce his statutory rights as a father in Docket No. 03-0120.

Therefore, in determining whether a stay pending appeal is warranted, courts consider four factors: (i) the likelihood that the moving party will prevail on the merits, (ii) the prospect of irreparable injury to the moving party absent a stay, (iii) the possibility of harm to other parties if a stay is granted, and (iv) the public interest in granting the stay. *See Hilton* v. *Braunskill*, 481 U.S. 770, 776 (1987); *see also* D.C. Cir. R. 8(a)(1). If the arguments for one factor are particularly strong, a stay may issue even if the arguments for other factors are less so. *See CityFed Fin. Corp.* v. *Office of Thrift Supervision*, 58 F.3d 738, 747 (D.C. Cir. 1995). Hence, "[a] stay may be granted with either a high probability of success and some injury, or *vice versa*." *Cuomo* v. *United States Nuclear Regulatory Comm"n*, 772 F.2d 972, 974 (D.C. Cir. 1985) (per curiam). Here, all four factors strongly support issuance of a stay pending appeal.

I. Rodriguez-father Will Prevail on the Merits.

As the motions for reconsideration and to disqualify makes clear, the proceedings before this court went badly awry from the outset. This court made serious substantive and procedural errors which are fatal to its conclusion that judicial immunity applies and that there is a lack of venue in the District of Columbia.

- The district court erroneously held that there is absolute judicial immunity for violations of 18 U.S.C. § 4, § 241, § 242, § 1001, and § 1204; and,
- The district court erroneously disregarded the ample evidence in the record, including Docket No. 03-0120, of the proper venue in the District of Columbia;[1]

---

[1] In a civil action where the Court's jurisdiction is not based solely on diversity of citizenship, as in this case, venue is proper in ". . . (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . . or (3) a judicial district in which any defendant may be found, if there is no district in which the action may be brought." 28 U.S.C. § 1391(b). (Emphasis added) Under these criteria, venue in the District of Columbia is proper, because 90% all of the Defendants are located in the District of Columbia. A substantial part of the events or

- The district court had a duty under 18 U.S.C. § 4 to investigate the alleged criminal violations of federal law.

In light of the numerous legal errors and procedural irregularities it is inconceivable that the judgment will withstand appellate review. This is reason alone to stay the judgment pending appeal pursuant to Fed. R. Civ Pro. 62 (a) is appropriate in the interest of justice.

II. Rodriguez-father and his Family Will Suffer Irreparable Injury Absent a Stay and Granting an Injunction.

Some examples of the serious injury that will continue to befall Rodriguez-father and his family if a stay and injunction is not granted are discussed below.

· The judgment will continue require Rodriguez-father from employment as an attorney in the District of Columbia Committee on Admission conspiracy with the Virginia State Bar.

· The judgment ratifying the *void* order of the Virginia State bar will result Rodriguez-father and his family to suffer unjustly economic loss at the time that his Son is getting ready to enter Virginia Tech on August 17, 2007.

· The judgment aids and abets the on going criminal conspiracy to injure, stigmatize and punish Rodriguez-father for litigating to enforce his federal rights as a father and attorney-at-law in violation of 18 U.S.C. § 241 and § 242.

In sum, the order of the court compounds the injury to Rodriguez-father by causing further dely to access to an impartial court , and causing him to spend scare resources needlessly.

III. No Other Parties Will Be Harmed by a Stay.

No other parties interested in the proceeding will be harmed if the Court grants a stay, much

---

omissions giving rise to Rodriguez-father's claims occurred in the District of Columbia, and giving the interstate conspiracy between Virginia and the District of Columbia there is no district in which the action may be brought.

less suffer injury that would outweigh the serious and irreparable injury Rodriguez-father will suffer absent a stay.

Nothing in this court's order suggests that any other party will suffer immediate, tangible harm if the relief in these actions is stayed pending appeal.

IV. The Public Interest Weighs Strongly in Favor of a Stay.

Given the on going violations of the 18 U.S.C. § 4, § 241, § 242, and § 1001, as well as the past violations of 18 U.S.C. § 1204, it is beyond question that the public interest requires a stay and an injunction of the judgment pending appeal.

## CONCLUSION

The judgment is the culmination of a proceeding to date in the district court in both the instant action, and Docket No. 03-0120, permeated by serious substantive and procedural errors, and to not stay the order imposes harsh burdens on Rodriguez-father denying him again access to an impartial court. The Court should stay the judgment in its entirety pending this appeal, and issue the requested injunction in the interest of justice.

DATED this 27st day of June 2007.

Respectfully submitted,

_____/s/_____
Isidoro Rodriguez, Esq.

THE LAW OFFICES OF ISIDORO RODRIGUEZ

| *United States Office:* | *South American Office:* |
|---|---|
| 2304 Farrington Avenue | World Trade Center-Barranquilla |
| Alexandria, Virginia 22303-1520 | Calle 76 No. 54-11, Office 313 |
| Telephones: 703.317.0526; Fax: 703.960.0225 | Barranquilla, Colombia, SA |
| Cell: 703.470.1457 | Telephone: 011.5753.605288 |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____
:
ISIDORO RODRIGUEZ, ESQ. :
:
Plaintiff,    : CASE NO. 07-CV-0975-PLF
:
v.    :
:
LEGAL TIMES, *et al.,* :
:
Defendants.   :
_____:

ORDER (PROPOSED)

Based on the Plaintiff Isidoro Rodriguez, Esq's ("Rodriguez-father"), complaint and motion For Stay and Injunction, it is order that the orders of June 18, and 26, 2007, are stayed.

Furthermore, it is order that the order of the Virginia State Bar dated November 28, 2006, is enjoined pending appeal.

Dated this ____ day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies a copy of the Motion for Stay and Injunction, were sent on June 27, 2007, to opposing counsels by ECF system and U.S. mail, postage fully prepaid, to:

Editor in Chief
The Washington Post
1150 15th Street, N.W.
Washington, D.C. 20036

Respectfully submitted,

_____/s/_____
Isidoro Rodriguez, Esq.

THE LAW OFFICES OF ISIDORO RODRIGUEZ
ATTORNEYS AND COUNSELORS AT LAW

*Northern Virginia Office:*  *South American Office:*
7924 Peyton Forest Trail  World Trade Center
Annandale, Virginia 22003  Calle 76 No. 54-11, Office 313
Telephone: 571.423.5066/telefax: 703.573.1571  Barranquilla, Colombia
Mobil: 703.470.1457  Telephone: 011.5753.605288
Email: isidoror@earthlink.net  Telefax: 011.575.348001