UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Isidoro Rodriguez, Esq., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-CV-00975 (PLF) |
| ) | |
| The Legal Times, *et al.,* ) | |
| Defendants. ) | |

**NOTICE OF APPEAL**

Notice is hereby given this 3rd day of July, 2005, that Isidoro Rodriguez, Esq., hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final order of this Court entered on the 18th day of June, 2007, based on absolute judicial immunity, even for criminal acts in violation of 18 U.S.C. § 4, § 241, § 242, § 371, § 1001 and § 1204, and lack of venue, in favor of the attach list of Defendants, and against Isidoro Rodriguez, Esq.

Respectfully submitted,

_____
Isidoro Rodriguez, Esq.

(Pursuant to Rule 4(a)of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officers or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following on the attach list of Defendants at the addresses indicated:

THE LAW OFFICES OF ISIDORO RODRIGUEZ
ATTORNEYS AND COUNSELORS AT LAW

| *United States Office:* | *South American Office:* |
|---|---|
| 2304 Farrington Avenue | World Trade Center |
| Alexandria, Virginia 22303-1520 | Calle 76 No. 54-11, Office 313 |
| Telephones/telefax: (703)317-0526 | Barranquilla, Colombia |
| e-mail:isidoror@earthlink.net | Telephone: (011)575-348001 |

Isidoro Rodriguez, Esq. v. Legal Times, et al.
District Court No. 07-0975 (PLF)
Notice of Appeal to U.S. Ct of App. D.C.
Dated: July 3, 2007

## LIST OF DEFENDANTS TO BE SERVED NOTICE OF APPEAL

Editor in Chief
*Legal Times*
1730 M Street, N.W.
Washington, D.C. 20036

Editor in Chief
The Washington Post
1150 15th Street, N.W.
Washington, D.C.

Committee on Admissions
District of Columbia Court of Appeals
500 Indiana Avenue, N.W.–Room 43200
Washington, D.C. 20001

Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Mr. Eric H. Holder, Jr., Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Ms. D. Jean Veta, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Office of the Solicitor General of the United States
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Hon. Judge John G. Roberts
Chief Justice of the United States
Supreme Court
1 First Street, N.E.
Washington, D.C. 20543

Supreme Court of the United State
1 First Street, N.E.
Washington, D.C. 20543
United States Court of Appeals for

The United States Court of Appeals
for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

Hon. Judge Richard W. Roberts
U.S. District Court for D.C.
E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N..W.
Washington, D.C. 20001

U.S. District Court for the District of Columbia
E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N..W.
Washington, D.C. 20001

Hon. Chief Judge Paul R. Michel
Chief Judge, U.S. Court of Appeals for the Federal Cir.
The National Courts Building, 717 Madison Place, N.W.
Washington, D.C. 20439

Isidoro Rodriguez, Esq. v. Legal Times, et al.
District Court No. 07-0975 (PLF)
Notice of Appeal to U.S. Ct of App. D.C.
Dated: July 3, 2007

Mr. Alberto Gonzales
Attorney General of the
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Mr. Paul McNulty
Deputy Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Mr. James Leroy Banks, Jr., Esq.
Seyfarth & Shaw LLP, Suite 500
815 Connecticut Ave. N.W.
Washington, D.C. 20006-4004

United States Court of Appeal for the 4th Cir.
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

U. S. District Court for the E. D. of VA
Alexandria Division U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Judge T.S. Ellis III
U. S. District Court for the E. D. of VA
Alexandria Division U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Office of United States Attorney
for the Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314

Office of Attorney General for the
Commonwealth of VA

Office of United States Attorney
for the District of Columbia
555 Fourth Street, NW, Room 10-413
Washington, D.C. 20530-0001

Ms. Marina Utgoff Braswell
U.S. Attorneys Office for the District of Columbia
555 Fourth Street, NW, Room 10-413
Washington, D.C. 20530-0001

Director,
United States Department of Justice
Office of Justice Programs
Office of Juvenile Justice and
Delinquency Prevention
810 Seventh Street, NW
Washington, DC 20531

Federal Bureau of Investigation
935 Pennsylvania Ave., N.W.
J. Edgar Hoover Bldg
Washington, DC 20535-0001

United States Department of State
2201 C Street, NW
Washington, D.C. 20520-6310

Ms. Condoleezza Rice
Secretary of State
United States Department of State
2201 C Street, NW
Washington, D.C. 20520-6310

Legal Advisor for Consular Affairs
U.S. Department of State, Room 5519
2201 C Street, NW
Washington, D.C. 20520-6310

Director,
Bureau of Consular Affairs

*Isidoro Rodriguez, Esq. v. Legal Times, et al.*
District Court No. 07-0975 (PLF)
Notice of Appeal to U.S. Ct of App. D.C.
Dated: July 3, 2007

900 East Main Street
Richmond, Virginia 23219

Catherine Crooks Hill, Esq.
Assistant Attorney General for the
Commonwealth of VA
900 East Main Street
Richmond, Virginia 23219

Hon. Leroy Rountree Hassell, Sr., Chief
Justice
The Virginia Supreme Court
100 North Ninth Street, Fifth Floor
Richmond, VA 23219

The Supreme Court of Virginia
100 North Ninth Street, Fifth Floor
Richmond, VA 23219

The Court of Appeals of Virginia
109 North Eight Street
Richmond, VA 23219-2321

The Fairfax County Circuit Court
4110 Chain Bridge Road
Fairfax, VA 22030

The Fairfax County J & D District Court
4110 Chain Bridge Road
Fairfax, VA 22030

Judge Thomas Mann
The Fairfax County J & D District Court
4110 Chain Bridge Road
Fairfax, VA 22030

Ms. Karen Ann Gould, Esq., President
Virginia State Bar
Eighth & Main Building
707 East Main Street, Suite 1500
Richmond, VA 23219-2800

United States Department of State
2201 C Street NW/SA-22
Washington, DC 20520-4818

Ms. Susan Brinkerhoff, Esq.
Proskauer Rose LLP
1233 Twentieth Street NW, Suite 800
Washington, D.C. 20036-2396

Proskauer Rose LLP
1233 Twentieth Street NW, Suite 800
Washington, D.C. 20036-2396

Hon. Chief Judge Jane A. Restani, Chief
Judge
U.S. Court of International Trade
One Federal Plaza
New York, New York 10007

Hon. Judge William H. Stafford, Jr.
Judge, U.S. District Court for the N. D.
Fl.
110 East Park Avenue
Tallahassee Florida 32301

National Center for Missing & Exploited
Children
699 Prince Street
Alexandria, VA 22303

Mr. Ernie Allen,
President and Chief Executive Officer
National Center for Missing & Exploited
Children
699 Prince Street
Alexandria, VA 22303

The Board of Directors of National
Center
for Missing & Exploited Children
699 Prince Street

*Isidoro Rodriguez, Esq. v. Legal Times, et al.*
District Court No. 07-0975 (PLF)
Notice of Appeal to U.S. Ct of App. D.C.
Dated: July 3, 2007

Virginia State Bar
Eighth & Main Building
707 East Main Street, Suite 1500
Richmond, VA 23219-2800

Ms. Noel D. Sengel
Senior Assistant Bar Counsel
Virginia State Bar
100 N. Pitt Street, Suite 310
Alexandria, Virginia 22314-3133

Mr. William Carlyle Boyce Jr., Esq.
9300 Grant Avenue
Manassas VA 20110

Mr. William Ethan Glover, Esq.
P.O. Box 207
Fredericksburg, VA 20404-0207

Mr. Glenn M. Hodge, Esq.
Warton, Aldhizer & Weaver
100 South Mason Street
Harrisonburg, VA 22801-7528

Mr. Edward V. O'Connor, Jr, Esq.
Virginia State Bar
100 N. Pitt Street, Suite 310
Alexandria, Virginia 22314-3133

Mr. John W, di Zerega
Virginia State Bar
100 N. Pitt Street, Suite 310
Alexandria, Virginia 22314-3133

Alexandria, VA 22303

Ms. Nancy Hammer, Esq.
National Center for Missing & Exploited Children
699 Prince Street
Alexandria, VA 22303

Miles & Stockbridge LLP
600 Washington Avenue, Suite 300
Towson, Maryland 21204

Stephen J. Cullen, Esq.
Miles & Stockbridge LLP
600 Washington Avenue, Suite 300
Towson, Maryland 21204

Mr. Patrick H. Stiehm, Esq.
Stiehm Law Office
4308 Lawrence Street
Alexandria, Virginia 22309

Mr. Stephen A. Wannall
1033 Oak Grove Drive
Mineral, VA 23117

Mr. Davis J. Gogal, Esq.
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, VA 22030-6898

Mr. Daniel M. Rathbun, Esq.
Virginia State Bar
100 N. Pitt Street, Suite 310
Alexandria, Virginia 22314-3133